# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-77

_____

JOHN MARSHALL FITZGERALD
and BRENDA FITZGERALD,

    Petitioners,

    v.

JEANNA STARKEY, as Personal
Representative of Nelson Rivers
Starkey, IV,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

May 31, 2019

PER CURIAM.

    DENIED.

OSTERHAUS, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Phillip Sheehe of Sheehe & Associates, and Jay M. Levy of Jay M. Levy P.A., Miami, for Petitioners.

Randle D. Thompson of Kerrigan, Estess, Rankin, McLeod & Thompson, LLP, and Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola, for Respondent.